IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRECISION CASTPARTS CORP., an Oregon corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>HARTFORD ACCIDENT AND INDEMNITY COMPANY, ACE FIRE UNDERWRITERS INSURANCE COMPANY, CENTURY INDEMNITY COMPANY, and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>        Defendants. | Civil Case No. 04-1699-HU<br><br>O R D E R |

    Frank V. Langfitt
    Daniel P. Larsen
    Ater Wynne
    222 S.W. Columbia, Suite 1800
    Portland, Oregon  97201

-and-

Page 1 - ORDER

Scott P. DeVries
Winston & Strawn
101 California Street
San Francisco, California  94111

  Attorneys for Plaintiff

Thomas W. Brown
Thomas M. Christ
Cosgrave Vergeer Kester
805 S.E. Broadway, 8th Floor
Portland, Oregon  97205

Carl E. Forsberg
Charles E. Albertson
Forsberg & Umlauf
900 Fourth Avenue, Suite 1700
Seattle, Washington  98164

  Attorneys for defendant Hartford Accident and Indemnity

R. Lind Stapley
Soha & Lang
701 Fifth Avenue, Suite 2400
Seattle, Washington  98104

William G. Earle
Davis Rothwell Earle & Xochihua
1300 S.W. Fifth Avenue, Suite 1900
Portland, Oregon  97201

  Attorneys for defendants Ace Fire Underwriters Insurance Company,
   Century Indemnity Company, Highlands Insurance Company

Doug Tuffley
Thomas M. Jones
Jennifer C. Artiss
Cozen O'Connor
1201 Third Avenue, Suite 5200
Seattle, Washington  98101

  Attorneys for defendant The Insurance Company of the State of
   Pennsylvania

Page 2 - ORDER

KING, Judge:

The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on July 20, 2007. Plaintiff filed timely objections to the Findings and Recommendation. When either party objects to any portion of a magistrate's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Dennis Hubel. This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated July 20, 2007 in its entirety.

IT IS HEREBY ORDERED that Hartford's Motion for Partial Summary Judgment (#66), joined by Insurance Company of Pennsylvania (#72) is GRANTED.

DATED this __27th__ day of August, 2007.

　　　　　　　　　　　　　　　　　　/s/ Garr M. King　　　　　　　　　
　　　　　　　　　　　　　　　　　　　GARR M. KING
　　　　　　　　　　　　　　　　　United States District Judge

Page 3 - ORDER