IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRECISION CASTPARTS CORP., <br> an Oregon corporation, <br><br>     Plaintiff, <br><br>   v. <br><br> HARTFORD ACCIDENT AND <br> INDEMNITY COMPANY, ACE FIRE <br> UNDERWRITERS INSURANCE <br> COMPANY, CENTURY INDEMNITY <br> COMPANY, and THE INSURANCE <br> COMPANY OF THE STATE OF <br> PENNSYLVANIA, <br><br>     Defendants. | Civil Case No. 04-1699-HU <br><br> O R D E R |

  Frank V. Langfitt
  Daniel P. Larsen
  Ater Wynne
  222 S.W. Columbia, Suite 1800
  Portland, Oregon  97201

-and-

Page 1 - ORDER

Scott P. DeVries
Winston & Strawn
101 California Street
San Francisco, California  94111

      Attorneys for Plaintiff

Thomas W. Brown
Thomas M. Christ
Cosgrave Vergeer Kester
805 S.E. Broadway, 8th Floor
Portland, Oregon  97205

Carl E. Forsberg
Charles E. Albertson
Forsberg & Umlauf
900 Fourth Avenue, Suite 1700
Seattle, Washington  98164

      Attorneys for defendant Hartford Accident and Indemnity

R. Lind Stapley
Soha & Lang
701 Fifth Avenue, Suite 2400
Seattle, Washington  98104

William G. Earle
Davis Rothwell Earle & Xochihua
1300 S.W. Fifth Avenue, Suite 1900
Portland, Oregon  97201

      Attorneys for defendants Ace Fire Underwriters Insurance Company,
         Century Indemnity Company, Highlands Insurance Company

Doug Tuffley
Thomas M. Jones
Jennifer C. Artiss
Cozen O'Connor
1201 Third Avenue, Suite 5200
Seattle, Washington  98101

      Attorneys for defendant The Insurance Company of the State of
         Pennsylvania

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on July 13, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#149).

IT IS HEREBY ORDERED that Precision Castparts' Motion to File Second Amended Complaint (#127) is DENIED.

DATED this __27th__ day of August, 2007.

                                                  /s/ Garr M. King
                                                       GARR M. KING
                                         United States District Judge